| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Christopher A Rzepecki |
| Debtor 2 (Spouse, if filing) | _____ |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 17-36074 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

**Name of Creditor:** Pingora Loan Servicing, LLC

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to Identify the debtor's account: 6180

**Date of payment change:** Must be at least 21 days after date of this notice: 11/01/2020

**New total payment:** Principal, interest, and escrow, if any $ 1,713.69

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $724.04    **New escrow payment:** $709.81

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %    **New interest rate:** _____ %

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

### Part 3: Mortgage Payment Adjustment

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

Debtor 1   Christopher A Rzepecki                                    Case number (if known)   17-36074
          First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Nisha B. Parikh                                                  Date   9/28/2020
Signature

Print        Nisha           B.              Parikh                  Title   Attorney for Creditor
             First name      Middle name     Last name

Company      Diaz Anselmo Lindberg, LLC
             Identify the corporate servicer as the company if the authorized agent is a servicer.

Address      1771 West Diehl Road, Suite 120
             Number    Street

             Naperville                              IL         60563
             City                                    State      ZIP Code

Contact Phone   (630) 453-6960            Email   ILBankruptcy@dallegal.com

Official Form 410S1    **Notice of Mortgage Payment Change**    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 17-36074 |
| Christopher A Rzepecki; | CHAPTER 13 |
| Debtor(s). | JUDGE David D. Cleary |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2020, a true and correct copy of the foregoing "NOTICE OF MORTGAGE PAYMENT CHANGE" was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    David H Cutler, Debtor's Counsel
    Marilyn O Marshall, Trustee
    Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

    Christopher A Rzepecki, 1021 Lonsdale Rd, Elk Grove Village, IL 60007


                                              /s/ Veronica Gerardo

Diaz Anselmo Lindberg LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B17120027SVT